No. 75–6061. MERLINO *v.* HALL, CORRECTION COMMISSIONER, ET AL. C. A. 1st Cir. Certiorari denied.

No. 75–6063. WALLACE *v.* LUCEY, GOVERNOR OF WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–6064. CHASE *v.* CRISP, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–6066. COBBS *v.* ROBINSON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 76–6127. FULTON *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.